## THE UNITED STATES DISTRICT COURT
## FOR THE DISTRICT OF UTAH

| | |
|---|---|
| JOHN REDMOND, <br><br> Petitioner, <br><br> v. <br><br> ROSIE RIVERA, <br><br> Respondent. | **MEMORANDUM DECISION AND ORDER** <br><br> Case No. 2:20-CV-465-HCN <br><br> Howard C. Nielson, Jr. <br> United States District Judge |

Petitioner, John Redmond, a former inmate at Salt Lake County Jail, filed a *pro se* petition for a writ of habeas corpus under 28 U.S.C. § 2241. S*ee* Dkt. No. 4. Petitioner has not responded to Respondent's Motion to Dismiss, which was filed on July 7, 2022. *See* Dkt. No. 33. Petitioner was last heard from in this case on April 21, 2022, more than four months ago. *See* Dkt. 32. As reflected in the docket, the court is also not aware of Petitioner's current address. Petitioner must inform the court of the Petitioner's current address and timely comply with court orders. *See* D. Utah Civ. R. 83-1.3(e).

**IT IS HEREBY ORDERED** that Petitioner shall file a brief, no later than October 10, 2022, showing cause why this case should not be dismissed for failure to prosecute or to comply with court orders given that he has not responded to Respondent's motion to dismiss or updated his address with the court. Failure to do so will result in this action's dismissal for failure to prosecute and to comply with the court's orders. *See* Fed. R. Civ. P. 41(b).

DATED this 8th day of September, 2022.

BY THE COURT:

_____
Howard C. Nielson, Jr.
United States District Judge